944 A.2d 26

ORESTE AND ERNA FANARO, TRUSTEES (ORESTE FANARO, DECEASED), PLAINTIFFS–PETITIONERS, AND FANARO PARTNERSHIP (ERNA FANARO, SUCCESSOR AND SOLE PARTNER), PLAINTIFF, v. BOROUGH AND COUNCIL OF SOUTH BOUND BROOK, ET AL., DEFENDANTS–RESPONDENTS.

AND OTHER RELATED CASES.

February 21, 2008.

Denied.

944 A.2d 26

ORESTE AND ERNA FANARO, TRUSTEES (ORESTE FANARO, DECEASED), PLAINTIFFS, AND FANARO PARTNERSHIP (ERNA FANARO, SUCCESSOR AND SOLE PARTNER), PLAINTIFF–PETITIONER, v. BOROUGH AND COUNCIL OF SOUTH BOUND BROOK, ET AL., DEFENDANTS–RESPONDENTS.

AND OTHER RELATED CASES.

February 21, 2008.

Denied.